UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-9867-GW(KSx) | Date | January 31, 2019 |
| Title | *Jon M. Rosenthal v. Wells Fargo Bank, N.A., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John M. Rosenthal, *pro se* | Yaw-Kiun G. Wu, by telephone |
| | Harris L. Cohen, by telephone |

**PROCEEDINGS:**     DEFENDANT WELLS FARGO BANK, N.A. MOTION TO STAY LITIGATION PROCEEDINGS [13];

PLAINTIFF'S MOTION TO REMAND [17]

Court confers with the parties. Based on the tentative issued on January 24, 2019, and for reasons stated on the record, the Court GRANTS the Motion to Remand.

| | : | 04 |
|---|---|---|
| | Initials of Preparer | JG |